UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>WERNER E. KLEE and KATHLEEN J. KLEE,<br><br>            Debtors.<br><br>WERNER E. KLEE and KATHLEEN J. KLEE,<br><br>            Plaintiffs,<br><br>   v.<br><br>U.S. BANK NATIONAL ASSOCIATION, ND, a subsidiary of U.S. Bancorp,<br><br>            Defendant. | ) BANKRUPTCY NO. 09-49455<br>) ADVERSARY NO. 13-04099<br>)<br>) DEFAULT JUDGMENT<br>) CLASSIFYING DEBT AS<br>) UNSECURED AND AVOIDING<br>) DEED OF TRUST<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THIS MATTER having come before the Judge of the above-entitled Court upon plaintiffs' motion for default judgment, and plaintiffs being represented by Bart J. Ricks of Mano, McKerricher & Paroutaud, Inc., P.C., and defendant, U.S. Bank National

DEFAULT JUDGMENT CLASSIFYING
CLAIM AS UNSECURED - 1

THE LAW OFFICES OF
*Mano, McKerricher*
*& Paroutaud, Inc., P.C.*
P.O. Box 1123
Chehalis, WA 98532
Phone: (360) 748-6641  Fax: (360) 748-6644

Association, ND, having not appeared, and its default having heretofore been entered, and the Court having considered the Certified Statement of Werner E. Klee, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that the debt of U.S. Bank National Association, ND, in the sum of $46,373.00 be, and the same hereby is, classified as unsecured and its deed of trust is avoided under 11 U.S.C. Section 506(D). It is further

ORDERED that in the event the case is dismissed or converted to a Chapter 7, the subject lien shall be reinstated as a lien against debtors' property.

///End of Order///

Presented by:

MANO, McKERRICHER
& PAROUTAUD, INC., P.C.

_____
Bart J. Ricks, WSBA #42390
Of Attorneys for Plaintiffs

DEFAULT JUDGMENT CLASSIFYING
CLAIM AS UNSECURED - 2

THE LAW OFFICES OF
*Mano, McKerricher
& Paroutaud, Inc., P.C.*
P.O. Box 1123
Chehalis, WA 98532
Phone: (360) 748-6641  Fax: (360) 748-6644